NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

A.T., )
)
        Appellant, )
)
v. )    Case No. 2D18-564
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Polk
County; Mark H. Hofstad, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard P. Albertine, Jr., Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


       Affirmed.



LaROSE, C.J., and NORTHCUTT and KHOUZAM, JJ., Concur.